# United States District Court

## NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

V.

**JUSTIN GRANTHAM**

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:06mj10

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 13, 2006__ in __Monongalia__ county, in the __Northern__ District of __WV__ defendant, **JUSTIN GRANTHAM**, through the use of a telephone, in and affecting interstate commerce, willfully made a threat and maliciously conveyed false information knowing the same to be false, concerning an attempt to be made, to kill, injure, and intimidate individuals and to unlawfully damage and destroy West Virginia University Hospital by means of an explosive, that is a bomb,

in violation of Title __18__ United States code, Section(s) __844(e)__. I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

On January 13, 2006, in the early morning hours, a series of calls were placed from a cell phone by the defendant Justin Grantham to divisions of West Virginia University Hospital with bomb threats, that is that there were bombs in the hospital and that they couldn't be found. Thereafter and particularly at approximately 3:47 a.m. on January 13, 2006, the defendant called MECCA, the communications center for Monongalia County, and told the operator that there were bombs on every floor of the hospital and demanded $1,000,000.00.

Continued on the attached sheet and made a part hereof.    Yes ☒  No ☐

*Randall K. Kocsis*
Signature of Complainant

Sworn to before me, and subscribed in my presence

__February 10, 2006__ at __CLARKSBURG WV__
Date                                                      City and State

__John S. Kaull   US Magistrate Judge__          *John S. Kaull*
Name and Title Of Judicial Officer                Signature of Judicial Officer